United States District Court
Northern District of California

U.S. ETHERNET INNOVATIONS, LLC,

    Plaintiff,

  v.

TEXAS INSTRUMENTS INCORPORATED, et al.,

    Defendants.

Case No.: 13-80226-CRB (KAW)

ORDER REGARDING MOTION TO QUASH

On October 16, 2013, Polycom, Inc. filed a motion to quash Plaintiff U.S. Ethernet Innovations, LLC's subpoena for documents and deposition. (Mot. to Quash, Dkt. No. 1.) The matter was referred to the undersigned. (Order of Reference, Dkt. No. 2.) In the referral order, Judge Breyer specifically instructed the parties to file a joint letter explaining the dispute.

The parties have since filed a stipulated request to extend the time for filing a response to the motion to quash but have not filed a joint letter. The parties are hereby ordered to file a joint letter that conforms to this Court's General Standing Order, available online at *http://www.cand.uscourts.gov/kaworders*. The parties shall electronically file the joint letter consistent with the instructions set out in the referral order.

IT IS SO ORDERED.

DATE: November 7, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge